**UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF MASSACHUSETTS**
**CENTRAL DIVISION**

| | |
|---|---|
| In re:<br><br>BAMBU GLOBAL LLC,<br><br>　　Debtor | Chapter 7<br><br>Case No.: 22-40323-EDK<br><br>(Jointly Administered) |
| In re:<br><br>BAMBU VAULT LLC<br><br>　　Debtor | Chapter 7<br><br>Case No.: 22-40324-EDK |

**NOTICE OF INTENDED PRIVATE SALE OF PROPERTY**
**SOLICITATION OF COUNTEROFFERS**
**DEADLINE FOR SUBMITTING OBJECTIONS AND HIGHER OFFERS**
**AND HEARING DATE**

**On or before December 15, 2023** IS THE DATE OF THE PROPOSED SALE

**November 30, 2023 at 4:30 p.m.** IS THE DATE BY WHICH OBJECTIONS AND/OR HIGHER OFFERS MUST BE MADE

**Notice** is hereby given, pursuant to 11 U.S.C., § 363, Fed. R. Bankr. P. 2002 (a) (2) and 6004, and MLBR Rule 2002-5 and 6004-1, that Gary M. Weiner, the duly appointed Trustee in the above case intends to sell at private sale all of the Debtors' right, title and interest in certain property of the estate.

**PROPERTY TO BE SOLD**:

　　i) all of the Debtors' intellectual property (the "Bambu Intellectual Property");

　　(ii) all agreements pursuant to which the Debtors are granted a license, sublicense, covenant not to sue or other right with respect to any third party intellectual property;
　　(iii) 100% of the Debtors' equity interest in INQUE Holdings, LLC, a Massachusetts limited liability company ("INQUE"); and

(iv) certain other assets, as set forth in Section 1.1 of that certain Asset Purchase Agreement dated October 30, 2023 (the "APA")[1] between the Trustee and Bambu Purchaser SPV, LLC., a corporation organized under the laws of the State of Delaware (the "Purchaser").

**THE OFFER**:

Subject to the terms and conditions set forth in the APA, the Trustee has received an offer to purchase Estates' interest in the Personal Property identified herein for the sum of Two Hundred Thousand and 00/100 dollars ($200,000.00).

**THE PROPOSED BUYER**:

The proposed buyer is Bambu Purchaser SPV, LLC or its Nominee ("Purchaser").

**THE SALE DATE**:

The sale shall take place **on or before December 15, 2023.** The terms of the proposed sale are more particularly described in the Motion to Approve Sale and the APA filed with the Court on November 1, 2023.

**SALE FREE AND CLEAR OF LIENS**:

The Property will be sold free and clear of all liens, claims, encumbrances or other interests, including without limitation, any lien, claim, encumbrance, or other interest arising under or in connection with the License Agreement (as defined in the Motion to Approve Sale). Any perfected, enforceable valid liens shall attach to the proceeds of the sale according to priorities established under applicable law.

**COUNTEROFFERS OR OBJECTIONS:**

Any objections to the sale and/or higher offers must be filed in writing with the Clerk, United States Bankruptcy Court at 595 Main Street, Room 311, Worcester, MA 01608 on or before **November 30, 2023 at 4:30 p.m.** (the "Objection Deadline"). A copy of the objection or higher offer shall be served upon the undersigned, as well as to Attorney for the Purchaser, Proskauer Rose, LLP, 1 International Pl, Boston, MA 02110 (Attn: Charles A. Dale; email

---

[1] Capitalized terms used but not otherwise defined herein have the meaning given to such terms in the Asset Purchase Agreement.

Cdale@proskauer.com and Steven M. Peck, email Speck@proskauer.com.   Any objection to the sale must state with particularity the grounds for the objection and why the intended sale should not be authorized.  Any objection to the sale shall be governed by Fed. R. Bankr.P. 9014.

**Through this Notice, higher offers for the Property are hereby solicited.  Any higher offer must be no less than $210,000.00 plus the applicable Expense Reimbursement and IP Expense Reimbursement amount  and accompanied by a deposit of $21,000.00 in the form of a certified or bank check made payable to the undersigned.  Higher offers must be on the same terms and conditions noted herein and otherwise on terms no less favorable to the Debtors' estates than those set forth in the APA.**

**HEARING:**

A hearing on the Motion to Approve Sale, objections or higher offers is scheduled to take place on **December 7, 2023 at 11:30 a.m.**  before the Honorable Elizabeth D. Katz, United States Bankruptcy Judge, at the United States Bankruptcy Court,  Courtroom 3, 595 Main Street, Worcester, Massachusetts 01608.  Any party who has filed an objection or higher offer is expected to be present at the hearing, failing which the objection may be overruled or the higher offer stricken.  The scheduled hearing on the Motion to Approve Sale is not a preliminary hearing as contemplated in the Trustee's Motion to Approve Sale.

The Court may take evidence at any hearing on approval of the sale to resolve issues of fact.  If no objection to the Motion to Approve Sale or higher offer is timely filed, the Court, in its discretion, may cancel the scheduled hearing and approve the sale without hearing.
At the hearing on the sale the Court may 1) consider any requests to strike a higher offer, 2) determine further terms and conditions of the sale, 3) determine the requirements for further competitive bidding and  4) require one or more rounds of open bidding (but not sealed bids) from the original offeror and any other qualifying offeror.

**DEPOSIT**:
A deposit will be forfeited to the estate if the successful purchaser fails to complete the sale by the date ordered by the Court.  If the sale is not completed by the buyer approved by the Court,

the Court, without further hearing, may approve the sale of the Property to the next highest bidder. Any questions concerning the intended sale shall be addressed to the undersigned.

                                              Gary M. Weiner Trustee for the
Estates of Bambu Global, LLC and Bambu Vault LLC
By and through his counsel,

/s/ Gary M. Weiner
Gary M. Weiner, Esq. BBO# 548341
Robert E. Girvan, III, Esq. BBO#569063
Weiner Law Firm, P.C.
1441 Main Street, Suite 610
Springfield, MA 01103
Tel. (413) 732-6840
Gweiner@Weinerlegal.com
Date: November 8, 2023